# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RONALD S. KOCZOR  
4519 WONDER LAKE DR.   SSN-xxx-xx-7647  
WONDER LAKE, IL  60097

Case Number: 08-70744

Case filed on: 3/14/2008  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CODILIS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | OSI PORTFOLIO SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSI COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | COLLECTION CO OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DIVIERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | AMERICAN COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | RONALD S. KOCZOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 500.00 | 500.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 155,294.55 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 55,399.21 | 55,399.21 | 0.00 | 0.00 |
| 004 | GWY TECHNOLOGIES INC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 005 | INDIAN RIDGE IMPROVEMENT ASSOC. | 637.87 | 637.87 | 0.00 | 0.00 |
| 052 | GWY TECHNOLOGIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 214,331.63 | 59,037.08 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARUN NARANG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BASUDEB SAHA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHRISTINE ALEXANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMMONWEALTH EDISON CO | 3,935.26 | 3,935.26 | 0.00 | 0.00 |
| 018 | DHARMVIR S. VERMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | EAGLE FOOD STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENTERPRISE RENT-A-CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FIRST USA MANAGEMENT SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GROOT RECYCLING & WASTE SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HALIFAX MEDICAL CENTER / EMER. DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HICKS GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JAMES BERG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MARENGO DISPOSAL | 143.27 | 143.27 | 0.00 | 0.00 |
| 031 | MCHENRY RADIOLOGY & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MCHENRY SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NORTHWEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PAYDAY LOAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | B-REAL LLC | 1,036.29 | 1,036.29 | 0.00 | 0.00 |
| 044 | T-MOBILE | 1,055.08 | 1,055.08 | 0.00 | 0.00 |
| 045 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | TERESA HAUTT | 3,900.00 | 3,900.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 049 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | WONDER LAKE VET CLINIC | 285.00 | 285.00 | 0.00 | 0.00 |
| | Total Unsecured | 10,354.90 | 10,354.90 | 0.00 | 0.00 |
| | Grand Total: | 224,686.53 | 69,391.98 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008           By  /s/Heather M. Fagan